536

377 A.2d 164

Commonwealth v. Blaine et al., Appellants.

Submitted March 16, 1977.   Arthur K. Dils, and Dils & Diveglia, for appellants; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

377 A.2d 164

Commonwealth v. Brennan, Appellant.

Submitted June 14, 1976.   Raymond Brennan, appellant, *in propria persona;* Jane Cutler Greenspan, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.